# UNITED STATES DISTRICT COURT

FOR THE

_District of Guam_

FILED
DISTRICT COURT OF GUAM
MAY 31 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

SOO JIN YOUN

CRIMINAL CASE NO. 03-00110-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **March 23, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Frederick Black, AUSA
    Curtis Vandeveld, Defense Counsel
    Guam Immigration and Customs Enforcement
    File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _31st_ day of May 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

RECEIVED
MAY 30 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM
ORIGINAL